UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THAD TATUM,<br>an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>FAIR ZONE FOOD STORE #2, LLC<br>a Louisiana Limited Liability Company<br><br>    Defendant. | )<br>)<br>)<br>) DOCKET NO. 2:12-cv-01687<br>)<br>) JUDGE JANE TRICHE MILAZZO<br>)<br>) MAG. JUDGE KAREN WELLS ROBY<br>)<br>) SECTION H (4)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and each party shall bear its respective fees and costs.

Respectfully Submitted,

By: /s/ Andrew D. Bizer
Andrew Bizer, Esq. (LA # 30396)
*Attorney for Plaintiff*
757 St. Charles Avenue, Suite 302
New Orleans, LA 70130
Phone: 504-619-9999
Fax:   504-592-3300

Respectfully Submitted,

By: /s/Michael W. Tift
Michael W. Tift, Esq. (#17829)
*Attorney for Defendant*
710 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-4334
Fax:   504-581-4334